**STATE of Missouri, Respondent,**

v.

**Eric D. BRATTON, Appellant.**

**No. WD 76333.**

Missouri Court of Appeals, Western District.

May 20, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 24, 2014.

Application for Transfer Denied Aug. 19, 2014.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for respondent.

Jeannette L. Igbenebor, Appellate Defender, Kansas City, MO, for appellant.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, and KAREN KING MITCHELL and GARY D. WITT, Judges.

**Order**

PER CURIAM:

Eric Bratton appeals his convictions, following a jury trial, of two counts of second-degree assault, section 565.060, and two counts of armed criminal action, section 571.015, for which the court sentenced him to a total of sixty-four years' imprisonment. Bratton claims that the trial court erred in: (1) refusing to compel testimony from Danny Handley, who was with Bratton during the crimes, after Handley invoked his Fifth Amendment right to remain silent; and (2) overruling Bratton's objection to a portion of the State's closing argument. Finding no error of law, we affirm. Rule 30.25(b).